# NEUSTEIN LAW GROUP, P.A.
## ATTORNEYS AND COUNSELORS AT LAW

18305 Biscayne Boulevard, Suite 250

Aventura, Florida 33160

Telephone (305) 531-2545  Fax (305) 531-2365

FREDERICK A. NEUSTEIN, ESQ.  
Email: FN@neusteinlaw.com

NICOLE R. MOSKOWITZ, ESQ.  
Email: nicole@neusteinlaw.com

October 11, 2016

The Honorable Ramon E. Reyes  
225 Cadman Plaza East  
Room N208/N2E – North wing  
Brooklyn, New York 11201

RE: LG Capital Funding, LLC vs. Vapor Group, Inc. Case no.: 16 CV 3951 (NG) (RER)

Dear Judge Reyes,

Please be advised the undersigned represents Vapor Group, Inc. I am located in Miami-Dade County, Florida. Due to the Holiday, Yom Kipper, I am unable to travel to Brooklyn on October 12th and therefore unable to physically appear at the Initial Conference set for October 13, 2016 at 10:00 a.m. This correspondence serves as my request to appear telephonically. I have conferred with opposing counsel and he has no objections to my appearing telephonically. Please advise if same is acceptable at your earliest convenience.

Thank you in advance for your consideration.

Sincerely,

*[signature]*

Nicole R. Moskowitz Esq.

Cc: Kevin Kehrli, kk@gs2law.com