

Garson, Segal, Steinmetz, Fladgate LLP

| | | |
|---|---|---|
| Robert Garson ◊ | Kevin Murphy | Tel: +1 (212) 380-3623 |
| Thomas Segal ˆ | Stephen Greenwald | Fax: +1 (347) 537-4540 |
| Michael Steinmetz ∝ * | Timothy Kendal ◊ | |
| Chris Fladgate ° | Ilan Ben Avraham ∇ | |
| John Lane ∝ | Kevin Kehrli | |

Additional Bar Memberships
◊ England and Wales        ∝ Patent Bar
ˆ Paris                             ° Victoria (Australia)
* New Jersey                  ∇ Israel

Email: kk@gs2law.com

Hon. Ramon E. Reyes                                October 31, 2016
United States District Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *LG Capital Funding, LLC v. Vapor Group, Inc.* – 16-cv-3951(NG)(RER)

Dear Judge Reyes:

This firm represents LG Capital Funding, LLC ("LG" or "Plaintiff"), Plaintiff in the above-captioned action. I write pursuant to the Court's October 13 Order, and to inform the Court that the parties have selected a mediator.

With the consent of Defendant's counsel, I contacted Mr. Jeremy A. Berman, a mediator from the Court's list, and we are presently scheduled to hold the mediation on December 1, 2016.

Respectfully Submitted,

_____/s/_____
Kevin Kehrli