# GS2LAW

Garson, Segal, Steinmetz, Fladgate LLP

| | | |
|---|---|---|
| Robert Garson ◊ | Kevin Murphy | Tel: +1 (212) 380-3623 |
| Thomas Segal ˆ | Stephen Greenwald | Fax: +1 (347) 537-4540 |
| Michael Steinmetz ∝ * | Timothy Kendal ◊ | |
| Chris Fladgate ° | Ilan Ben Avraham ∇ | |
| John Lane ∝ | Kevin Kehrli | |

Additional Bar Memberships
◊ England and Wales          ∝ Patent Bar
ˆ Paris                                    ° Victoria (Australia)
* New Jersey                        ∇ Israel

Email: kk@gs2law.com

Hon. Ramon E. Reyes                                                     December 9, 2016
United States District Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**VIA ECF**

Re:     *LG Capital Funding, LLC v. Vapor Group, Inc.* **(16-cv-3951 (NG)(RER))**

Dear Judge Reyes:

This firm represents LG Capital Funding, LLC ("LG" or "Plaintiff"), Plaintiff in the above-captioned action.  I write with consent of Ms. Nicole Moskowitz, counsel for Defendant, Vapor Group, Inc. ("VPOR" or "Defendant"), to request an extension from December 16, 2016 to January 6, 2017 for the parties' to complete mediation pursuant to the Court's October 13, 2016 Order.

The reason for this request is that the parties have been engaging in productive settlement discussions, and may be able to resolve the matter without mediation in this brief period.  We have contacted our mediator, and have arranged tentatively to hold the mediation on December 22, 2016, if the parties cannot resolve the matter on their own.

Respectfully Submitted,

_____/s/_____
Kevin Kehrli

**CC VIA ECF**
Ms. Nicole Moskowitz, Esq.
Neustein Law Group. PA
18305 Biscayne Blvd.
The Williams Island Building, Ste. 250
Aventura, FL 33160